# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| GARY J. JONES,<br><br>    Plaintiff,<br>vs.<br><br>BANK OF AMERICA CORPORATION and FIA CARD SERVICES, N.A.,<br><br>    Defendants. | CASE NO. 13-CV-1100 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>(ECF No. 9) |
|---|---|

Presently before the Court is the parties' joint motion for dismissal with prejudice. (ECF No. 9.) Plaintiff Gary J. Jones previously indicated that the parties had settled the case in its entirety. (*See* Notice of Settlement 2, ECF No. 7.)

Good cause appearing, the Court **GRANTS** the parties' motion. The above-named action is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the settlement of this action. Each party will bear its own costs and fees.

**IT IS SO ORDERED**.

DATED: September 20, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge